become legally obligated to pay as damages because of injury to or destruction of property, including the loss of use thereof, caused by accident." But the terms of Coverage B cannot be applied in this case. The policy states certain "Exclusions", one of which is: "This Policy does not apply * * * (h) under Coverage B, to injury to or destruction of * * * any goods, products * * * manufactured, sold, handled or distributed * * * by the named Insured, or work completed by or for the named Insured out of which the accident arises * * *." Brandywine's complaint against Hottel alleges no injury to or destruction of any property except the air conditioning system which Hottel, the named insured, installed. If an "accident" within the meaning of Coverage B is alleged, which is quite doubtful, it "arises * * * out of" this property and is therefore within Exclusion clause (h).

Reversed.

Mr. Benedict P. Cottone, Washington, D. C., with whom Mr. Arthur Scheiner, Washington, D. C., was on the brief, for petitioner.

Mr. Max D. Paglin, now Gen. Counsel, Federal Communications Commission, with whom Messrs. John L. FitzGerald, Gen. Counsel of the Federal Communications Commission at the time the brief was filed, Richard M. Zwolinski, Counsel, Federal Communications Commission, Richard A. Solomon and Henry Geller, Attys., Dept. of Justice, were on the brief, for respondents.

Mr. Denis G. McInerney, New York City, with whom Messrs. Eugene F. Sikorovsky and Howard Monderer, Washington, D. C., were on the brief, for intervenor.

Before BAZELON, WASHINGTON and BURGER, Circuit Judges.

PER CURIAM.

The order of the Commission is affirmed. Harvey Radio Labs., Inc. v. F. C. C., 110 U.S.App.D.C. ——, 289 F.2d 458.

Affirmed.

**William H. BUCKLEY, t/a Tri-Counties Broadcasting Company, Petitioner,**

v.

**UNITED STATES of America, and Federal Communications Commission, Respondents,**

**National Broadcasting Company, Inc., Intervenor.**

No. 15501.

United States Court of Appeals District of Columbia Circuit.

Argued Dec. 5, 1960.

Decided March 30, 1961.

Petition for Rehearing En Banc Denied April 21, 1961.

**HARVEY RADIO LABORATORIES, INC., Petitioner,**

v.

**UNITED STATES of America and Federal Communications Commission, Respondents,**

**WGN, Inc., Clear Channel Broadcasting Services, Intervenors.**

No. 15522.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 17, 1961.

Decided March 30, 1961.

Petition for Rehearing En Banc Denied April 21, 1961.